1 | Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
2 | JONES DAY
1755 Embarcadero Road
3 | Palo Alto, CA  94303
Telephone:     650-739-3939
4 | Facsimile:      650-739-3900

5 | Attorneys for Defendant Freescale
Semiconductor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Gregory Bender, | Case No. C09-01156-PJH |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER TO TEMPORARILY RELIEVE FREESCALE'S DISCOVERY OBLIGATIONS PENDING RESOLUTION OF FREESCALE'S MOTION TO COMPEL |
| v. | |
| Freescale Semiconductor, Inc., | |
| Defendant. | ADMINISTRATIVE MOTION |

Having considered Defendant Freescale Semiconductor, Inc.'s Motion to Temporarily Relieve Freescale's Discovery Obligations Pending Resolution of Freescale's Motion to Compel that was filed with the Court on September 23, 2009:

IT IS HEREBY ORDERED THAT:  Defendant's motion is GRANTED.  The Court hereby relieves Freescale of its obligations to produce technical information under the Federal Rules and its obligations to serve its Patent L.R. 3-3 and 3-4 disclosures until no earlier than 14 days after the Court rules on Freescale's motion to compel from Bender.

DATED: _____October 19_____, 2009

By: _____
THE HON
United Sta

*[Signature: Judge Maria-Elena James]*

[PROPOSED] ORDER TO RELIEVE DISCOVERY
OBLIGATIONS
CASE NO. 09-cv-01156-PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. 09-cv-01156-PJH