Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     650-739-3939
Facsimile:     650-739-3900

Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.

David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:  (510)653-4983
E-mail:  dnkuhn@pacbell.net

Attorney for Plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>            Plaintiff,<br><br>     v.<br><br>Freescale Semiconductor, Inc.,<br><br>            Defendant. | Case No. C 09-01156 PJH (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED INFRINGEMENT CONTENTIONS**<br><br>**DISCOVERY MATTER** |

Plaintiff Gregory Bender ("Plaintiff") and Defendant Freescale Semiconductor, Inc., ("Defendant"), through their respective counsel, hereby make the following stipulation with regards to Plaintiff's infringement contentions.

WHEREAS on September 3, 2009, Plaintiff served his infringement contentions on Defendant.

WHEREAS, Defendant had filed a motion to compel amended infringement contentions on September 23, 2009 (D.I. 28) which was denied by the Court on October 19, 2009 without prejudice to refile as a joint letter according to Judge James' standing orders on discovery (D.I. 42).

WHEREAS, the parties have been preparing a joint letter to the Court regarding a dispute over the sufficiency of the infringement contentions.

1     WHEREAS, the Court has granted Defendant temporarily relief from its discovery obligations pending resolution of this issue in its order dated October 29, 2009 (D.I. 47).

3     WHEREAS, Plaintiff has agreed to amend his contentions in response to concerns raised by Defendant in its motion, and

5     WHEREAS, after receipt of the amended infringement contentions, the parties shall meet and confer and, if unable to resolve any remaining issues, shall prepare the required joint letter to the Court.

9 THE PARTIES HEREBY STIPULATE THAT:

10     Plaintiff shall serve amended infringement contentions on or before **January 8, 2010.**

11     After receipt of the amended infringement contentions, the parties shall meet and confer and, if unable to resolve any remaining issues, shall prepare the required joint letter to the Court.

13     Defendant's obligations under Patent L.R. 3-3 and 3-4 shall be due 45 days from receipt of Plaintiff's amended contentions unless Defendant notifies Plaintiff of its intent to renew its motion to compel and provides its portion of the required joint letter to Plaintiff within 14 days of receiving Plaintiff's amended infringement contentions.

17     The Court's previous order granting Defendant temporary relief from its discovery obligations (D.I. 47) shall remain in place until the dispute is resolved.

Respectfully submitted,

Dated: November 23, 2009      Jones Day

By:    /s/ Gregory Lippetz
Greg L. Lippetz
State Bar No. 154228
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:     650-739-3939
Facsimile: 650-739-3900

Counsel for Defendant
Freescale Semiconductor, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 23, 2009        By:        /s/ David Kuhn
                                           David N. Kuhn
                                           Attorney-at-Law
                                           144 Hagar Avenue
                                           Piedmont, California 94611
                                           Telephone: (510) 653-4983

                                           Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: December 1, 2009         By: _____
                                    Maria Elena James
                                    Chief United States Magistrate Judge

SVI-74854v1

-3-

STIPULATION REGARDING AMENDED
INFRINGEMENT CONTENTIONS
CASE NO. 4:09-cv-01156-PJH (MEJ)