UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** January 28, 2010   (Time: 11 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** C-09-1156 PJH

**Case Name:** Gregory Bender v. Freescale Semiconductor

**Attorney(s) for Plaintiff:**   David Kuhn
**Attorney(s) for Defendant:**   Gregory Lippetz

**Deputy Clerk**: Nichole Heuerman   **Court Reporter**: Not Reported

**PROCEEDINGS**

Further Case Management Conference-Held.  The parties inform the court that there is still a discovery motion regarding infringement contentions pending before Magistrate Judge James.  The deadlines set by the local rules cannot be complied with until a ruling is received on the pending motion.   The court continues the case management conference for 90 days.  A further case management conference will be held on April 29, 2009 at 2:00 p.m.  An updated joint case management conference statement shall be filed by April 22, 2009.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** chambers