UNITED STATES DISTRICT COURT

Northern District of California

GREGORY BENDER,

            Plaintiff(s),

  v.

FREESCALE SEMICONDUCTOR, INC.,

            Defendant(s).

No. C 09-01156 PJH (MEJ)

**ORDER RE: MEET & CONFER PROCEDURE**

The Court is in receipt of Defendant's request, filed February 24, 2010, regarding the joint letter requirement for discovery disputes in this case. (Dkt. #55.) Specifically, Defendant states that it has been unable to obtain Plaintiff's cooperation in filing a joint letter for more than four weeks, and requests that the Court set a deadline for Plaintiff's half of the letter or grant it leave to file its portion of the letter unopposed. Good cause appearing, the Court hereby GRANTS Defendant's request and ORDERS Plaintiff to provide his portion of the letter by March 2, 2010.

**IT IS SO ORDERED.**

Dated: February 25, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge