Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Cora L. Schmid (State Bar No. 237267)
cschmid@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:     650-739-3939
Facsimile:     650-739-3900

Attorneys for Defendant Freescale
Semiconductor, Inc.

David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:  (510) 653-4983
E-mail:  dnkuhn@pacbell.net

Attorney for Plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>                Plaintiff,<br><br>        v.<br><br>Freescale Semiconductor, Inc.,<br><br>                Defendant. | Case No. C09-01156 PJH (MEJ)<br><br>**JOINT CASE MANAGEMENT STATEMENT** AND ORDER<br><br>DATE:     April 29, 2010<br>TIME:      2:00 P.M.<br>CTRM:   3, 3rd Floor<br>JUDGE:  Hon. Phyllis J. Hamilton |

        Pursuant to Local Rule 16-10, Plaintiff Gregory Bender, ("Plaintiff") through counsel, and

Defendant Freescale Semiconductor, Inc., ("Defendant"), through counsel, hereby jointly submit

this Further Case Management Statement.  This statement incorporates the parties' previous Joint

Case Management Conference Statements made on August 13, 2009 and January 21, 2010.  (Dkt.

Nos. 24 and 53, respectively.)  Pursuant to Local Rule 16-10(d) this statement addresses only

progress or changes since the last statement and proposals for the remainder of the case.

1.      **Progress or Changes Since Last Statement**

        On February 25, 2010, Magistrate Judge James granted Defendant's request that the Court

set a deadline for Plaintiff to provide his portion of a joint letter brief regarding the parties' on-

going discovery dispute about the sufficiency of Plaintiff's amended infringement contentions.

(Dkt. No. 57.)  Pursuant to Magistrate Judge James' procedures, the parties filed a joint letter

1    brief on March 9, 2010, regarding Defendant's request that the Court strike Plaintiff's amended

2    infringement contentions.  (Dkt. No. 58.)  No ruling has yet issued on this joint letter.

3    2.      **Proposals for Remainder of the Case**

4             The discovery motion which precluded setting a case schedule at the last case

5    management conference (*see* Dkt. No. 54) is still pending.  The Court has explicitly stayed

6    Defendant's obligation to produce technical information under the Federal Rules and its

7    obligations to serve its Patent L.R. 3-3 and 3-4 disclosures until the parties' on-going discovery

8    dispute is resolved.  (Dkt. No. 52.)  The parties therefore propose continuing the case

9    management conference, currently scheduled for April 29, 2009, for 90 days.  The case management
     conference is continued to 7/29/10 at 2:00 p.m.

10                                                     Respectfully submitted,

11   Dated:  April 22, 2010                    Jones Day

12

13                                             By:  ____/s/ Gregory Lippetz_____

14                                                  Greg L. Lippetz
     4/26/10                                        State Bar No. 154228
15                                                  JONES DAY
                                                    1755 Embarcadero Road
16                                                  Palo Alto, CA  94303
                                                    Telephone:      650-739-3939
17                                                  Facsimile: 650-739-3900

18                                                  Counsel for Defendant Freescale
                                                    Semiconductor, Inc.
19

20            In accordance with General Order No. 45, Section X(B), the above signatory attests that

21   concurrence in the filing of this document has been obtained from the signatory below.

22

23   Dated:  April 22, 2010                    By:  _____/s/ David Kuhn_____

24                                                  David N. Kuhn
                                                    Attorney-at-Law
25                                                  144 Hagar Avenue
                                                    Piedmont, California 94611
26                                                  Telephone: (510) 653-4983

27                                                  Counsel for Plaintiff Gregory Bender

28   SVI-71588.1

                                             -2-
                               SVI-80036v1                    JOINT CASE MANAGEMENT STATEMENT
                                                              CASE NO. 09-cv-01156 PJH (MEJ)