1  Greg L. Lippetz (State Bar No. 154228)
   glippetz@jonesday.com
2  Cora L. Schmid (State Bar No. 237267)
   cschmid@jonesday.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, CA  94303
   Telephone:    650-739-3939
5  Facsimile:    650-739-3900

6  Attorneys for Defendant Freescale
   Semiconductor, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11 | Gregory Bender,                | Case No. C09-01156-PJH (MEJ)
12 |         Plaintiff,             | [PROPOSED] ORDER RE MEET
                                    | AND CONFER PROCEDURE
13 |     v.                         |
                                    | DISCOVERY MATTER
14 | Freescale Semiconductor, Inc., |
15 |         Defendant.             |

16     The Court is in receipt of Defendant's request, filed July 19, 2010, regarding the joint

17 letter requirement for discovery disputes in this case.  (Dkt. #77.)  Specifically, Defendant states

18 that it has been unable to obtain Plaintiff's cooperation in filing a joint letter for more than three

19 weeks, and requests that the Court set a deadline for Plaintiff's half of the letter or grant it leave

20 to file its portion of the letter unopposed.  Good cause appearing, the Court hereby GRANTS

21 Defendant's request and ORDERS Plaintiff to provide his portion of the letter by July ~~27~~ 30, 2010.

22     IT IS SO ORDERED

23

24

25 Dated:  July 21           , 2010    By: _____
                                           Maria-Elana James
26                                         Chief United States Magistrate Judge

27

28 SVI-82983v1

                                                       [PROPOSED] ORDER RE MEET AND
                                                                   CONFER PROCEDURE
                                                          CASE NO. 09-cv-01156-PJH (MEJ)