| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>cschmid@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     650-739-3939<br>Facsimile:      650-739-3900<br><br>Attorneys for Defendant and<br>Counter-Claimant Freescale<br>Semiconductor, Inc. | David N. Kuhn (State Bar No. 73389)<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA  94611<br>Telephone:  (510) 653-4983<br>E-mail:  dnkuhn@pacbell.net<br><br>Attorney for Plaintiff and Counter-Defendant Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>Freescale Semiconductor, Inc.,<br><br>　　　　Defendant and Counter-Claimant. | Case No. C09-01156-PJH (MEJ)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

　　　　Plaintiff and Counter-Defendant Gregory Bender and Defendant and Counter-Claimant Freescale Semiconductor, Inc., inform the court that they have reached agreement on the terms of dismissal of the claims and counterclaims in the above-entitled action and hereby submit this Stipulation of Dismissal.

　　　　Pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss WITH PREJUDICE all claims and counterclaims in this action asserted by the parties, with each party to bear its own costs, expenses, and attorney's fees.

　　　　SO STIPULATED.

1 | Respectfully submitted,

2 | Dated: September 13, 2010          Jones Day

3

4 |                                    By: /s/ Greg L. Lippetz
                                           Greg L. Lippetz
5

6 |                                    Counsel for Defendant and Counter-Claimant
                                       Freescale Semiconductor, Inc.

7

8

9 |     In accordance with General Order No. 45, Section X(B), the above signatory attests that

10 | concurrence in the filing of this document has been obtained from the signatory below.

11

12 | Dated: September 13, 2010          By: /s/ David N. Kuhn
                                           David N. Kuhn
13

14 |                                    Counsel for Plaintiff and Counter-Defendant
                                       Gregory Bender

15

16

17

18 | **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

19

20

21 | DATED: September 14, 2010          By: _____
                                           The Honorable Phyllis J. Hamilton
22 |                                    United States District Court Judge

23

24

25

26

27

28